160 A.3d 698

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHRISTOPHER J. MASON, DEFENDANT–
PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004148–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

160 A.3d 698

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. SAMUEL DEEMI, DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004551–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.